ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Special Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-6595
   Facsimile: (213) 894-7177
   E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>$36,700.00 IN U.S. CURRENCY,<br><br>    Defendant. | NO. CV 10-254 CAS (VBKx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

    This action was filed on January 13, 2010 against defendant $36,700.00 in U.S. Currency. Rodolfo Camacho ("Camacho") claims an interest in the defendant $36,700.00 in U.S. Currency, but has not filed a claim or answer in this case. No other parties have

appeared in this case and the time for filing such statements of interest and answers has expired. Plaintiff United States of America and Camacho have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1.   This Court has jurisdiction over the parties and the subject matter of this action.

2.   Notice of this action has been given in accordance with law.  All potential claimants to the defendant $36,700.00 in U.S. Currency other than Camacho are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture. Camacho is relieved of his obligation to file a claim or an answer in this litigation.

3.   The United States of America shall have judgment as to the defendant $36,700.00 in U.S. Currency and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4.   Camacho hereby releases the United States of America, its agencies, agents, and officers, including employees, officers and agents of the Drug Enforcement Administration, Los Angeles

2

Sheriff's Department, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of Camacho, whether pursuant to 28 U.S.C. § 2465 or otherwise.

  5. The court finds that there was reasonable cause for the seizure of the defendant $36,700.00 in U.S. Currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: 4/30/10

_____
THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

**Approved as to form and content:**

DATED: _____, 2010   ANDRÉ BIROTTE JR.
                              United States Attorney
                              CHRISTINE C. EWELL
                              Assistant United States Attorney
                              Chief, Criminal Division
                              STEVEN R. WELK
                              Assistant United States Attorney
                              Chief, Asset Forfeiture Section


                                     /s/
                              _____
                              KATHARINE SCHONBACHLER
                              Special Assistant United States Attorney
                              Attorneys for Plaintiff
                              United States of America


DATED: _____, 2010   LAW OFFICES OF ARTHUR H. BARENS


                                     /s/
                              _____
                              JOE HARITON, ESQ.
                              Attorney for RODOLFO CAMACHO